NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLEVON LAMAR GHENT, )
)
       Appellant, )
)
v. )     Case No. 2D18-576
)
STATE OF FLORIDA, )
)
       Appellee. )
_____ )

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Mark F. Carpanini,
Judge.

Clevon Lamar Ghent, pro se.


PER CURIAM.


      Affirmed.  See §§ 775.21(4)(a)(1)(a), 794.011(8)(b), Fla. Stat. (2009);

Milks v. State, 894 So. 2d 924 (Fla. 2005); Sheppard v. State, 907 So. 2d 1259 (Fla. 2d

DCA 2005); Hannah v. State, 869 So. 2d 692 (Fla. 5th DCA 2004).



CRENSHAW, LUCAS, and ATKINSON, JJ., Concur.